JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BLANCA ZALDANA,                    )        Case No.   CV 11-7728 RNB
                    Plaintiff,     )        **J U D G M E N T**
          vs.                      )
MICHAEL J. ASTRUE,                 )
Commissioner of Social Security,   )
                    Defendant.     )
_____)

    In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings filed herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: August 13, 2012

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE