JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA ZALDANA, ) | Case No.   CV 11-7728 RNB |
| Plaintiff, ) | **J U D G M E N T** |
| vs. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

    In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings filed herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: August 13, 2012

                                      */s/ Robert N. Block*
                                   ROBERT N. BLOCK
                                   UNITED STATES MAGISTRATE JUDGE